UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HUDSON-RPM DISTRIBUTORS, LLC<br>Plaintiff,<br><br>v.<br><br>BOWDITCH & DEWEY, LLP, DAVID P. GROSSI, AND TERRENCE J. BRIGGS,<br><br>Defendants/<br>Third-Party Plaintiff,<br><br>v.<br><br>MARCUM, LLP<br><br>Third-Party Defendant, | Case No. 4:19-40095 |

### DEFENDANTS' MOTION TO COMPEL A PRIVILEGE LOG

Pursuant to Fed. R. Civ. P. 26 & 37, and for the reasons set forth in its supporting memorandum of law, the Defendants (collectively, B&D") request that this Court orders the Plaintiff ("Hudson-RPM") to comply with its obligation under Fed. R. Civ. P. 26(b)(5) by providing a privilege log concerning the documents withheld in response to Request Nos. 26-27 and 41-42 of B&D's First and Second Requests For The Production of Documents.

**WHEREFORE**, B&D requests that the Court orders Hudson-RPM to provide a privilege log and grants any other relief that it deems necessary and just.

            Respectfully submitted,

            The Defendants,
            Bowditch & Dewey, LLP, David P. Grossi,
            and Terrance J. Briggs
            By their attorneys


            */s/ William R. Covino*
            George A. Berman, Esq., BBO #040200
            William R. Covino, Esq. BBO #673474
            Christina T.E. Staffiere, Esq. BBO #699041
            PEABODY & ARNOLD LLP
            600 Atlantic Avenue
            Boston, MA  02210
            (617) 951-2100
            gberman@peabodyarnold.com
            wcovino@peabodyarnold.com
            cstaffiere@peabodyarnold.com

## **CERTIFICATE PURSUANT TO LOCAL RULE 7.1 & FED. R. CIV. P. 37(a)(5)(A)(i)**

  I, William R. Covino, hereby certify that on June 15, 2020 counsel for Hudson-RPM and B&D conferred in good faith to narrow the issued contained in this Motion, but were unable to reach an agreement or to narrow this dispute.


            */s/ William R. Covino*
            William R. Covino, Esq.

## **CERTIFICATE OF SERVICE**

  I, William R. Covino, hereby certify that a true copy of the foregoing document was filed electronically with the Federal Court's electronic filing system on this 23rd day of June 2020.


            */s/ William R. Covino*
            William R. Covino, Esq.

1771743_1 (16364-204746)