UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HUDSON-RPM DISTRIBUTORS LLC, <br><br> Plaintiff, <br><br> v. <br><br> BOWDITCH & DEWEY, LLP, DAVID P. GROSSI, AND TERRENCE J. BRIGGS, <br><br> Defendants- <br> Third-Party Plaintiffs, <br><br> v. <br><br> MARCUM, LLP, <br><br> Third-Party Defendant. | Case No. No. 4:19-40095 |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rules 41(a)(1)(A)(ii) and 41(c) of the Federal Rules of Civil Procedure, Plaintiff Hudson-RPM Distributors LLC ("Hudson-RPM"), Defendants-Third Party Plaintiffs, Bowditch & Dewey, LLP, David P. Grossi, and Terrence J. Briggs (collectively, "Defendants"), and Third-Party Defendant Marcum, LLP ("Marcum"), being all of the parties who entered an appearance in the above-referenced matter whose claims have not otherwise been adjudicated, stipulate and agree that all claims made by all parties in this action, including all rights to appeal and/or rights to petition for attorneys' fees and costs, shall be, and hereby are, dismissed with prejudice. The parties shall bear their own attorneys' fees and costs.

[Signature Page Follows]

Dated: February 3, 2023

| | |
|---|---|
| **HUDSON-RPM DISTRIBUTORS LLC**<br>*Plaintiff*<br>*By its attorneys,*<br><br>By: */s Russell X. Pollock*<br>Russell X. Pollock, Esq. BBO# 564883<br>Bergstresser & Pollock PC<br>52 Temple Place<br>Boston, MA 02111<br>(617) 682-9211 / (617) 451-1070 - FAX<br>russ@bergstresser.com<br><br>By: */s Warren A. Usatine*<br>Warren A. Usatine, Esq*., pro hac vice*<br>Wendy F. Klein, Esq., *pro hac vice*<br>Brian P. Matthews, Esq., *pro hac vice*<br>Cole Schotz, P.C.<br>Court Plaza North<br>25 Main Street<br>P.O. Box 800<br>Hackensack, New Jersey  07602-0800<br>201-489-3000 / 201-489-1536 - FAX<br>wusatine@coleschotz.com<br>wklein@coleschotz.com<br>bmatthews@coleschotz.com | **BOWDITCH & DEWEY, LLP,**<br>**DAVID P. GROSSI, and**<br>**TERRENCE J. BRIGGS**<br>*Defendants*<br>*By their attorneys,*<br><br>By: */s Allen N. David*<br>George A. Berman, Esq., BBO# 040200<br>Allen N. David, Esq., BBO# 115000<br>William R. Covino, Esq., BBO# 673474<br>Christina T.E. Bermejo, Esq., BBO# 699041<br>Peabody & Arnold, LLP<br>600 Atlantic Avenue<br>Boston, MA 02210<br>(617) 951-2100<br>gberman@peabodyarnold.com<br>adavid@peabodyarnold.com<br>wcovino@peabodyarnold.com<br>cbermejo@peabodyarnold.com |

**MARCUM, LLP**
*Third-Party Defendant*
*By its attorneys,*


By: */s Marissa I. Delinks*
Marissa I. Delinks, Esq., BBO# 662934
Robert M. Buchholz, Esq., BBO# 685804
Hinshaw & Culbertson LLP
53 State Street, 27th Floor
Boston, MA 02109
(617) 213-7000 / (617) 213-7001 - FAX
mdelinks@hinshawlaw.com
rbuchholz@hinshawlaw.com

2

**CERTIFICATE OF SERVICE**

    I, Russell X. Pollock, attorney for the plaintiff, Hudson-RPM Distributors LLC, hereby certify that a true copy of the foregoing document was filed electronically with the Federal Court's electronic filing system on this 3rd day of February, 2023.

    /s/ Russell X. Pollock
    Russell X. Pollock

59591/0001-44569745v1